UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81447-CV-MIDDLEBROOKS

MARTA RIVERA,

    Plaintiff,

v.

MOISES GONZALEZ LAWN SERVICES, INC.,
and MOISES GONZALEZ

    Defendants.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Request for Court Approval for Entry of Judgment ("Motion"), filed on December 8, 2016. (DE 14). The Court granted the Motion on December 14, 2016, finding that Defendants Moises Gonzalez Law Services, Inc. and Moises Gonzalez's Rule 68 offer of judgment to Plaintiff Marta Rivera was an acceptable method of resolving FLSA claims and that the amount offered was fair and reasonable. (DE 15). Accordingly, it is

**ORDERED AND ADJUDGED** that

1. **JUDGMENT IS ENTERED** for Plaintiff Marta Rivera and against Defendants Moises Gonzalez Law Services, Inc. and Moises Gonzalez in the amount of **$1,000.00**, exclusive of attorneys' fees and costs;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk of the Court is directed to **CLOSE this case** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _16_ day of December, 2016.

                                                DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record