UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:16-cv-81447-DMM

MARTA RIVERA, individually
and as class representative of all similarly
situated individuals,

    Plaintiff,

vs.

MOISES GONZALEZ LAWN SERVICES, INC.,
a Florida corporation; and
MOISES GONZALEZ, individually,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment as entered in the above action on the 16th day of December, 2016, in favor of MARTA RIVERA, and against MOISES GONZALEZ LAWN SERVICES, INC., a Florida corporation; and MOISES GONZALEZ, individually, exclusive of attorney's fees and costs, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 18th day of January, 2017, in Jupiter, Florida.

    CHRISTOPHER C COPELAND, P.A.
    824 W. Indiantown Road, Jupiter, FL 33458
    561-691-9048 (office); 866-259-0719 (fax)
    Chris@CopelandPA.com (primary e-mail)
    Carla@CopelandPA.com (secondary e-mail)

    _____
    CHRISTOPHER C. COPELAND, ESQ.
    Florida Bar #938076
    *Attorney for Plaintiff(s)*

CASE NO: 9:16-cv-81447-DMM
MARTA RIVERA, individually and as class representative of all similarly situated individuals
v. MOISES GONZALEZ LAWN SERVICES, INC., a Florida corporation; et al.
Satisfaction of Judgment
Page 2 of 2

STATE OF FLORIDA       )
                       ) ss:
COUNTY OF PALM BEACH   )

On the 18th day of January, 2017, before me personally came Christopher C. Copeland, to me known and known to be a member of the firm of Christopher C. Copeland, P.A., attorneys for Plaintiff, MARTA RIVERA, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.



NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to: Kenneth L. Minerley, Esq. (Ken@minerleyfein.com) and Stephanie Griffin, Esq. (Stephanie@minerleyfein.com), MINERLEY FEIN, P.A., *Attorneys for Defendants,* 1200 N. Federal Highway, Suite 420, Boca Raton, FL 33432; Litigation@minerleyfein.com and Fileclerk@minerleyfein.

/s/ Christopher C. Copeland
CHRISTOPHER C. COPELAND, ESQ.